APPEAL NO. 03-14-00-401-CR

IN THE

THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED
February 6, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

JOHNNY FLORES NAVARRO,
APPELLANT.

VS.

THE STATE OF TEXAS,
APPELLEE.

APPEAL CAUSE NUMBER A-13-0417-SA
FROM THE 51st JUDICIAL DISTRICT COURT OF
TOM GREEN COUNTY, TEXAS

SECOND MOTION FOR EXTENSION OF TIME TO
FILE APPELLANT'S PRO SE BRIEF OR RESPONSE TO Anders
BRIEF:

TO THE HONORABLE JUDICES OF THE COURT OF APPEALS:
COMES NOW, JOHNNY FLORES NAVARRO, APPELLANT
PRO SE, AND RESPECTFULLY MOVES THE COURT TO
EXTEND THE FEBRUARY 19, 2015 deadline FOR
Filing his brief (OR RESPONSE) by THIRTY 30
days. IN SUPPORT, APPELLANT WOUld SHOW
THIS HONORABLE COURT THE FOLLOWING:

RECEIVED
FEB 0 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

PAGE - 1.

## I.

ON MAY 22, 2014, THE JUDGE FOUND APPELLANT GUILTY OF ASSAULT/FAMILY VIOLENCE/IMPEDING BREATH OR CIRCULATION, A THIRD DEGREE FELONY, ENHANCED BY TWO PRIOR CONVICTIONS. THE JUDGE ASSESSED PUNISHMENT AT 30 YEARS IMPRISONMENT IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE.

## II.

ON OCTOBER 31, 2014, APPELLANT, RECEIVED NOTICE BY MAIL THAT HIS APPEAL ATTORNEY FILED AN ANDERS BRIEF AND ADVISED APPELLANT THAT HE HAD A RIGHT TO FILE A PRO SE BRIEF OR RESPONSE TO THE ANDERS BRIEF.

## III.

ON DECEMBER 05, 2014, THE APPELLATE RECORD WAS FIRST MADE AVAILABLE TO APPELLANT. THE APPELLANT FILE A FIRST MOTION FOR EXTENTION OF 90 DAYS, AND THE COURT OF APPEALS GRANTED HIS MOTION TO FEBRUARY 19, 2015.

## IV.

APPELLANT IS UNABLE TO MEET THE DEADLINE FOR THE FOLLOWING REASONS:
DURING THE FIRST PART OF DECEMBER, FIRST WEEK, 2014, THIS T.D.C.J. UNIT WENT ON A LOCKDOWN STATUS, AND THE UNIT WAS ALSO CLOSED DOWN FOR THE HOLIDAYS AND NEW YEARS.

PAGE-2.

## V.

THE UNIT LAW LIBRARY ALLOWS APPELLANT LIMITED ACCESS TO TWO HOURS A DAY, AND APPELLANT HAS VERY LIMITED KNOWLEDGE IN THE LAW THEREBY SLOWING DOWN HIS RESEARCH.

## VI.

FOR THE REASONS STATED ABOVE, APPELLANT RESPECTFULLY REQUESTS AN ADDITIONAL 30 DAYS TO COMPLETE THE PRO SE BRIEF OR RESPONSE IN SUPPORT OF APPELLANT'S APPEAL.

## VII.

APPELLANT PRAYS THAT THE COURT GRANT THIS MOTION AND EXTEND THE TIME TO FILE APPELLANTS BRIEF OR RESPONSE BY 30 DAYS.

RESPECTFULLY SUBMITTED,

Johnny Flores Navarro

APPELLANT, PRO SE, #1931583
TULIA TRANSFER FACILITY
4000 HWY. 86 WEST
TULIA, TEXAS 79980

PAGE — 3.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON FEBRUARY 2, 2015, A TRUE AND CORRECT COPY OF APPELLANT'S SECOND MOTION FOR EXTENSION TO FILE HIS BRIEF OR RESPONSE WAS MAILED TO THE ATTORNEY FOR THE STATE BY U.S. FIRST CLASS MAIL ADDRESSED TO: MR. JOHN BEST, ASSISTANT DISTRICT ATTORNEY, 124 W. Beauregard BEAUREGARD, SAN ANGELO, TEXAS 76903.

_Johnny Flores Navarro_
APPELLANT, PRO SE

I, JOHNNY FLORES NAVARRO, T.D.C.J. # 1931583 BEING PRESENTLY INCARCERATED IN THE TULIA, UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION IN SWISHER, COUNTY TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT, EXECUTED ON THIS THIS 2ND DAY OF FEBRUARY, 2015.

_Johnny Flores Navarro_
APPELLANT, PRO SE
# 1931583 T.D.C.J.

PAGE-4.

FEB. 02, 2015

TO: MR. JEFFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
P.O. BOX 12547,
AUSTIN, TEXAS 78711-2547

RE: MOTION FOR EXT. OF TIME; APPEAL NO. 03-14-00401
CR.

DEAR MR. KYLE:
ENCLOSED HEREWITH THIS LETTER PLEASE
FIND MY SECOND MOTION FOR 30 dAYS
EXTENSION TO FILE MY BRIEF OR RESPONSE
IN APPEAL.
PLEASE bRING TO THE ATTENTION OF THE
COURT. I WOULD APPRECIATE YOUR ASSISTANCE,
CONSIDERATION AND REPLY IN THE MATTER
OF THIS REQUEST.

SINCERELY,

Johnny FLORES NAVARRO
#1931583, APPELIANT, PRO SE
TULIA UNIT, N-3
4000 HWY. WEST 86,
TULIA, TEXAS 79088

RECEIVED
FEB 0 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



ENCL. MOTION;

COVER LETTER;

JOANN FLORES NAVARRO
#1931583, TULIA UNIT N-3
4000 HWY, WEST 86
TULIA, TEXAS 79088

"Legal Mail"

AMARILLO TX 791
03 FEB 2015 PM 1 T

78711325547

TO: JEFFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
P.O. BOX 12547,
AUSTIN, TEXAS 78711-2547